## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK)

Sean C. Serpe, being duly sworn, deposes and says:

I am not a party to this action, I am over eighteen (18) years of age and I reside in the State of New York, County of Nassau.

That on August 29, 2007, I served a true copy of the annexed SUMMONS AND COLLECTIVE ACTION COMPLAINT upon the following:

N3K INFOMATIK, INC. a/k/a N3K, Inc.,
Alan Swan and John Does #1-10
1110 6th Avenue
New York, New York 10018

by leaving two copies of the Summons and Collective Action Complaint with Gloria Gallego, the receptionist for N3K INFOMATIK, INC., who confirmed that she was authorized to accept service of process on behalf of the company.

_____
Sean C. Serpe

Sworn to before me this
29 day of August, 2007

_____
— Notary Public —

PAUL F. STOCKSCHLAEDER
Notary Public, State of New York
No. 01ST9201460
Qualified in New York County
Commission Expires Aug. 31, 20 10