# KLEIN ZELMAN ROTHERMEL LLP
ATTORNEYS AT LAW
485 MADISON AVENUE
NEW YORK, NEW YORK 10022-5803
TEL (212) 935-6020
FAX (212) 753-8101

September 14, 2007

**VIA TELECOPIER & ECF (212-805-7927)**
Honorable Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Rm. 2270
New York, New York 10007

  Re: <u>Paul Oppenheimer v. N3K Informatik, Inc., et al. (07 Civ 7459)</u>

Dear Judge Buchwald:

  Defendants N3K Informatik, Inc. and Alan Swan (collectively "Defendants") were served with the Complaint filed in connection with the above referenced matter on August 29, 2007. Accordingly, their responsive pleadings are due on September 18, 2007.

  We have recently been retained as counsel to represent Defendants in this action. As such, we require additional time to investigate the factual and legal issues raised by the Complaint. For this reason, we respectfully request that the time for Defendants to answer or otherwise respond in this matter be extended for three weeks up to and including October 9, 2007. This is Defendants' first request for an extension of time to plead or otherwise respond.

  We attempted to reach Brent F. Pelton, Esq., counsel for Plaintiff, at his office, in order to request such an extension. However, Mr. Pelton's assistant informed us that he was out the country and that he was not expected to return until September 17, 2007. For this reason, we have no information as to whether Mr. Pelton objects to our request for this brief extension.

                Respectfully submitted,

                Jane B. Jacobs (JJ-2925)

JBJ/mrb

cc: Brent F. Pelton, Esq. (<u>via</u> Telecopier and ECF)

{00085962;1}