Jane B. Jacobs, Esq. (JJ-2925)
Khristan A. Heagle, Esq. (KH-0210)
KLEIN ZELMAN ROTHERMEL LLP
485 Madison Avenue, 15th Floor
New York, NY 10022
Tel: (212) 935-6020
Fax: (212) 753-8101
jbjacobs@kleinzelman.com
heagle@kleinzelman.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

PAUL OPPENHEIMER, Individually,
and on Behalf of
All Other Persons Similarly Situated,          :          Case No: 07 CV 7459

                  Plaintiffs,

      -against-          :          STIPULATION

N3K INFOMATIK, INC. a/k/a N3K, Inc.,          :
ALAN SWAN AND JOHN DOES #1-10,          :
Joint and Severally

                Defendants.          :

------------------------------------------------------- X

      IT IS HEREBY STIPULATED and agreed, by and between the undersigned, that

defendants N3K Informatik, Inc. and Alan Swan's time to answer, move or otherwise respond to

the complaint is extended up to and including October 9, 2007.

Dated: September 17, 2007

PELTON SERPE LLP

By: _____
     Brent E. Pelton (BP-1055)

111 Broadway, 9th Floor
New York, NY 10006
(212) 725-3600
Attorneys for Plaintiff

KLEIN ZELMAN ROTHERMEL LLP

By: _____
     Jane B. Jacobs (JJ-2925)
     Khristan A. Heagle (KH-0210)
485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
Attorneys for Defendants

_____
        U.S.D.J.
     Naomi Buchwald

00085983;1