Jane B. Jacobs, Esq. (JJ-2925)
Khristan A. Heagle (KH-0210)
KLEIN ZELMAN ROTHERMEL LLP
485 Madison Avenue, 15th Floor
New York, NY 10022
Tel: (212) 935-6020
Fax: (212) 753-8101
jjacobs@kleinzelman.com
kheagle@kleinzelman.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
PAUL OPPENHEIMER, Individually,
and on Behalf of
All Other Persons Similarly Situated,

               Plaintiffs,

    -against-

N3K INFOMATIK, INC. a/k/a N3K, Inc.,
ALAN SWAN AND JOHN DOES #1-10,
Joint and Severally

               Defendants.
-------------------------------------X

Case No: 07 CV 7459

STIPULATION

    IT IS HEREBY STIPULATED and agreed, by and between the undersigned, that defendants N3K Infomatik, Inc. and Alan Swan's time to answer, move or otherwise respond to the complaint is extended up to and including October 9, 2007.

Dated: September 17, 2007

PELTON SERPE LLP

By: _____
    Brent E. Pelton (BP-1055)

111 Broadway, 9th Floor
New York, NY 10006
(212) 725-3600
Attorneys for Plaintiff

KLEIN ZELMAN ROTHERMEL LLP

By: _____
    Jane B. Jacobs (JJ-2925)
    Khristan A. Heagle (KH-0210)

485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
Attorneys for Defendants

_____
U.S.D.J.
Naomi Buchwald    9/18/07