UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

Paul Oppenheimer

                                    Plaintiff,

-against-                                                          07 CIVIL 7459 (NRB)

N3K Informatik, Inc. a/k/a N3K, Inc, Alan
Sohn + John Does #1-10   Defendant.

-------------------------------------------------------x

## NOTICE  OF  CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information
change(s) for:  Earl E. Pelton

☐    *Attorney*

    ☑    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        EEP- 1055

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☑    *Law Firm/Government Agency Association*

    From:  Lewis Brisbois Bisgaard + Smith LLP

    To:  Pelton Serpe LLP

    ☑    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my
        appearance was entered on _____ by Judge _____

☑    *Address:*          111  Broadway,  9th  Floor

☑    *Telephone Number:*   (212)  725- 3600

☑    *Fax Number:*         (212)  385- 4600

☑    *E-Mail Address:*    pelton @ peltonserpe. com

Dated:  Aug 20, 2007           E.E.P.