UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PAUL OPPENHEIMER, Individually,  :
and on Behalf of
All Other Persons Similarly Situated,  :
: 
                    Plaintiffs,  :
        -against-  :
:
N3K INFOMATIK, INC. a/k/a N3K, Inc.,  :
ALAN SWAN AND JOHN DOES #1-10,  :
Joint and Severally  :
:
                    Defendants.  :
-------------------------------------------------------------- X

**CORPORATE DISCLOSURE STATEMENT OF N3K INFOMATIK, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant N3K Infomatik, Inc. hereby certifies that it N3K Holding GMBH is not a publicly held corporation but owns more than 70% of Defendant N3K Infomatik, Inc. No publicly held corporation owns ten percent of more of the stock of Defendant N3K Infomatik, Inc.

Dated: New York, New York
       October 9, 2007

                                    KLEIN ZELMAN ROTHERMEL LLP

                                    By: _____
                                    Jane B. Jacobs (JJ-2925)
                                    Khristan A. Heagle (KH-0210)
                                    485 Madison Avenue, 15th Floor
                                    New York, New York 10022
                                    (212) 935-6020
                                    (212) 753-8101 Fax
                                    *Attorneys for Defendants*
                                    *N3K Infomatik, Inc. And Alan Swan*

00086346;1