CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, the foregoing Defendants' Answer and Counterclaims was sent via electronic court filing and email upon the following:

Brent E. Pelton, Esq.
Pelton Serpe LLP
111 Broadway, 9th Floor
New York, New York  10006
pelton@peltonserpe.com

Khristan A. Heagle