UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------X

PAUL OPPENHEIMER, Individually,
and on Behalf of
All Other Persons Similarly Situated,

                Plaintiffs,

-against-

N3K INFOMATIK, INC. a/k/a N3K, Inc.,
ALAN SWAN AND JOHN DOES #1-10,
Joint and Severally

                Defendants.

--------------------------------------------------X



STIPULATION OF
DISCONTINUANCE

07 CV. 7459 (NRB)

IT IS HEREBY STIPULATED and agreed, by and between the undersigned, that the parties to the above-captioned proceeding hereby agree to discontinue this action with prejudice, each party to bear its own costs.

Dated:    New York, New York
            November 6, 2007

PELTON SERPE LLP

By: _____
    Brent E. Pelton (BP-1055)

111 Broadway, 9th Floor
New York, NY 10006
(212) 725-3600
Attorneys for Plaintiff

KLEIN ZELMAN ROTHERMEL LLP

By: _____
    Jane B. Jacobs (JJ-2925)
    Khristan A. Heagle (KH-0210)

485 Madison Avenue, 15th Floor
New York, NY 10022
(212) 935-6020
Attorneys for Defendants N3K Infomatik,
Inc. and Alan Swan

_____
U.S.D.J. Naomi R. Buchwald   11/19/07

00086872;1